# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | | |
|---|---|---|
| ROBERT EDWARD BROWN, | ) | 1:06-cv-01412-AWI-TAG HC |
| Petitioner, | ) | |
| v. | ) | FINDINGS AND RECOMMENDATIONS TO GRANT PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION; ORDER DIRECTING OBJECTIONS TO BE FILED WITHIN FIFTEEN DAYS (Doc. 13) |
| A.J. MALFI, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant federal petition for writ of habeas corpus was filed in the Eastern District of California on September 22, 2006. (Doc. 1). On June 25, 2007, the Court issued an order requiring Petitioner to file an amended complaint that included information regarding whether Petitioner was entitled to statutory or equitable tolling, in light of the fact that it appeared Petitioner had not filed this petition within the one-year limitations period provided by 28 U.S.C. § 2244(d)(1). (Doc. 12). By the same order, the Court granted Petitioner's motion to substitute his present counsel as attorney of record. (Id.). On July 24, 2007, Petitioner, through his counsel, filed the instant motion to voluntarily dismiss the petition in order to pursue collateral relief in the state courts. (Doc. 13).

Subject to other provisions of law, a Petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court

1

and upon such terms and conditions as the court deems proper. Id.  Here, no answer has been served or filed; therefore, Petitioner's motion is proper, and should be granted.

## RECOMMENDATION

Accordingly, IT IS RECOMMENDED as follows:

1. Petitioner's motion for voluntary dismissal (Doc. 13), should be GRANTED; and,

2. The petition for writ of habeas corpus (Doc. 1), should be DISMISSED without prejudice.

These Findings and Recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within fifteen (15) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:  **July 25, 2007**　　　　　　　　　　　　　　 **/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE