# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD BROWN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>A. J. MALFI,<br><br>　　　　　　Respondent. | 1:06-cv-1412-AWI-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 14)<br><br>ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 13)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |

　　　On September 22, 2006, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. 1).

　　　On July 24, 2007, Petitioner filed a motion to voluntarily dismiss the petition in order to pursue collateral remedies in state court. (Doc. 13). On July 26, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the motion to dismiss be granted and that the petition for writ of habeas corpus be dismissed. (Doc. 14). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 26, 2007 (Doc. 14), is ADOPTED IN FULL;
2. Petitioner's Motion to Dismiss (Doc. 13), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
4. The Clerk of Court is DIRECTED to close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   August 28, 2007**               /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE